IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

U. S. HARVESTON, JR.                                                                                  PLAINTIFF

VS.                                                                CIVIL ACTION NO.3:04-cv-371-HTW-JCS

ORIX FINANCIAL SERVICES, INC. AND
C-A CREDIT CORP.                                                                               DEFENDANTS

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on the joint motion of all parties for entry of an agreed order of dismissal of all claims with prejudice pursuant to an agreement between the parties. The court finds that the motion is well taken and should be granted.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that all claims raised in this case by any party shall be and hereby are dismissed with prejudice, with each party to bear his own costs.

SO ORDERED AND ADJUDGED this the 21st day of June, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE

Agreed:

 /s/ J. M. Kilpatrick
Jay M. Kilpatrick, (MSB #10136) Attorney for
U.S. Harveston, Jr.

 /s/ Richard Montague
Richard Montague (MSB #3411), Attorney for
ORIX Financial Services, Inc. and C-A Credit Corp.